IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                          **PLAINTIFF**
**ADC #114018**

v.                                    NO: 3:22-CV-00067-LPR

**EARNEST WARD, Police Officer,**
**Jonesboro**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on March 30, 2022, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and March 30, 2022 Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE